Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 16−30110−RG
                        Chapter: 13
                        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Solia Hines
     aka Solia Cecelia Hines
   9 Wolcott Terrace
   Newark, NJ 07112

Social Security No.:
   xxx−xx−4722

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/15/19 at 10:00 AM

to consider and act upon the following:

*82* − Objection to Creditor's Certification of Default (related document:81 Creditor's Certification of Default (related document:65 Motion for Relief from Stay re: 9 Wolcott Terrace, Newark NJ 07112. Fee Amount $ 181. filed by Creditor NCC HOLDINGS LLC, 74 Order on Motion For Relief From Stay) filed by Rebecca Ann Solarz on behalf of NCC HOLDINGS LLC. Objection deadline is 04/11/2019. (Attachments: # 1 Exhibit A − Order Resolving Motion for Relief # 2 Exhibit B − Certificate Re Post−Petition History # 3 Proposed Order # 4 Certificate of Service) filed by Creditor NCC HOLDINGS LLC) filed by Scott E. Tanne on behalf of Solia Hines. (Attachments: # 1 Certification Facsimile # 2 Certificate of Service) (Tanne, Scott)

Dated: 4/11/19

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court