Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  16–30110–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Solia Hines
   aka Solia Cecelia Hines
   9 Wolcott Terrace
   Newark, NJ 07112
Social Security No.:
   xxx–xx–4722
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/15/19 at 10:00 AM

to consider and act upon the following:

*82* – Objection to Creditor's Certification of Default (related document:81 Creditor's Certification of Default (related document:65 Motion for Relief from Stay re: 9 Wolcott Terrace, Newark NJ 07112. Fee Amount $ 181. filed by Creditor NCC HOLDINGS LLC, 74 Order on Motion For Relief From Stay) filed by Rebecca Ann Solarz on behalf of NCC HOLDINGS LLC. Objection deadline is 04/11/2019. (Attachments: # 1 Exhibit A – Order Resolving Motion for Relief # 2 Exhibit B – Certificate Re Post–Petition History # 3 Proposed Order # 4 Certificate of Service) filed by Creditor NCC HOLDINGS LLC) filed by Scott E. Tanne on behalf of Solia Hines. (Attachments: # 1 Certification Facsimile # 2 Certificate of Service) (Tanne, Scott)

Dated: 4/11/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-30110-RG
Solia Hines                                                                     Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Apr 11, 2019
                            Form ID: ntchrgbk          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
db              +Solia Hines,    9 Wolcott Terrace,    Newark, NJ 07112-1621
cr              +NCC HOLDINGS LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr              +Santander Consumer USA Inc.,    P.O. Box 562088,    Suite 900 North,    Dallas, TX 75356-2088

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    NCC HOLDINGS LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Marie-Ann  Greenberg   magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    NCC HOLDINGS LLC nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    New Jersey Community Captial Fund #1
               rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    NCC HOLDINGS LLC rsolarz@kmllawgroup.com
              Scott E. Tanne    on behalf of Debtor Solia  Hines ecf@tannelaw.com,
               tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
                                                                                    TOTAL: 7