UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
NCC Holdings, LLC.

**Order Filed on June 26, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Solia Hines,

Debtor.

Case No.: 16-30110 RG

Adv. No.:

Hearing Date: 6/19/19 @ 10:00 a.m.

Judge: Rosemary Gambardella

**ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 26, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtors:  Solia Hines
Case No:  16-30110 RG
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, NCC Holdings, LLC., Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 9 Wolcott Terrace, Newark, NJ 07112, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Scott E. Tanne, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that Debtor will continue to make loss mitigation payments per the terms of the LMP order; and

It is further **ORDERED, ADJUDGED and DECREED** that the Secured Creditor does not waive the difference between the regular and the cure payments; and

It is further **ORDERED, ADJUDGED and DECREED** that the portal is to be opened by July 1, 2019 or a certification of default can be filed; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of loss mitigation payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Solia Hines  
     Debtor

Case No. 16-30110-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 27, 2019  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2019.  
db            +Solia Hines,    9 Wolcott Terrace,    Newark, NJ 07112-1621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2019 at the address(es) listed below:

           Denise E. Carlon     on behalf of Creditor    NCC HOLDINGS LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           John R. Morton, Jr.     on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
           Marie-Ann Greenberg     magecf@magtrustee.com  
           Nicholas V. Rogers     on behalf of Creditor    NCC HOLDINGS LLC nj.bkecf@fedphe.com  
           Rebecca Ann Solarz     on behalf of Creditor    New Jersey Community Captial Fund #1 rsolarz@kmllawgroup.com  
           Rebecca Ann Solarz     on behalf of Creditor    NCC HOLDINGS LLC rsolarz@kmllawgroup.com  
           Scott E. Tanne     on behalf of Debtor Solia Hines ecf@tannelaw.com, tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com  
                                                                                                                                                    TOTAL: 7