Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  16−30110−RG
                    Chapter:  13
                    Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Solia Hines
    aka Solia Cecelia Hines
    9 Wolcott Terrace
    Newark, NJ 07112

Social Security No.:
    xxx−xx−4722

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      8/21/19
Time:     10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Scott E. Tanne, Debtor's Attorney

COMMISSION OR FEES
$1,500.00

EXPENSES
$26.46

Creditors may be heard before the applications are determined.

    An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: July 23, 2019
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 16-30110-RG
Solia Hines                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Jul 23, 2019
                              Form ID: 137             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2019.
```
db             +Solia Hines,    9 Wolcott Terrace,    Newark, NJ 07112-1621
cr             +NCC HOLDINGS LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +Santander Consumer USA Inc.,    P.O. Box 562088,    Suite 900 North,    Dallas, TX 75356-2088
516456565      +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
516456566      +Bsi Financial Services,    314 S Franklin St,    Titusville, PA 16354-2168
516456567      +Coml Accept,    2 W. Main St,    Shiremanstown, PA 17011-6326
516456570      +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
516456572      +Experian,    PO BOX 9701,    Allen, TX 75013-9701
516456573     ++FIRST FINANCIAL RESOURCES INC,    495 OLD CONNECTICUT PATH,    SUITE 220,
                 FRAMINGHAM MA 01701-4567
                (address filed with court: First Financial Resour,     One Clarks Hill,    Framingham, MA 01702)
516456575      +Hyundai Finc,    4000 Macarthur Blvd Ste,    Newport Beach, CA 92660-2558
516456578      +Natarsia Mccalla,    9 Wolcott Ter.,    Newark, NJ 07112-1621
516456579      +Paul Michael Marketing,    15916 Union Tpke Ste 302,    Flushing, NY 11366-1955
516456580      +Phelan Hallinan & Diamond, PC,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
516456581      +Powell Inc,    1 Fisher Street,    Halifax, PA 17032-8845
516456583     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516498509      +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
516456582      +Santander Consumer Usa,    Po Box 961245,    Fort Worth, TX 76161-0244
516456584       State of New Jersey,    Division of Revenue,    PO BOX 262,    Trenton, NJ 08646-0262
516456585      +State of New York,    Albany Couny Clerk,    32 N Russell Road,    Albany, NY 12206-1306
516456586      +Trans Union,    PO BOX 2000,    Chester, PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2019 23:43:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2019 23:43:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516485488      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 23 2019 23:42:56
                 AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
516456564      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 23 2019 23:42:56
                 AmeriCredit/GM Financial,    Po Box 181145,    Arlington, TX 76096-1145
516456563      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 23 2019 23:42:56
                 AmeriCredit/GM Financial,    Po Box 183853,    Arlington, TX 76096-3853
516456568      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 23 2019 23:44:17
                 Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
516456569      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 23 2019 23:44:17
                 Credit Collections Svc,    Po Box 607,    Norwood, MA 02062-0607
516456571      +E-mail/Text: bknotice@ercbpo.com Jul 23 2019 23:43:38      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516456574      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jul 23 2019 23:44:14      Hyundai Finc,
                 Attn: Bankruptcy,    Po Box 20809,    Fountain City, CA 92728-0809
516456576       E-mail/Text: cio.bncmail@irs.gov Jul 23 2019 23:42:50      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516456577       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 23 2019 23:43:49      Jefferson Capital Systems, LLC,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
                                                                                              TOTAL: 11
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516685299       NCC HOLDINGS LLC
516497730*     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
516456562     ##+Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
                                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Jul 23, 2019
                               Form ID: 137             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   NCC HOLDINGS LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor   NCC HOLDINGS LLC nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor   New Jersey Community Captial Fund #1
               rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   NCC HOLDINGS LLC rsolarz@kmllawgroup.com
              Scott E. Tanne    on behalf of Debtor Solia  Hines ecf@tannelaw.com,
               tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
                                                                                         TOTAL: 7
```