Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  16–30110–RG
    Chapter:  13
    Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Solia Hines
  aka Solia Cecelia Hines
  9 Wolcott Terrace
  Newark, NJ 07112

Social Security No.:
  xxx–xx–4722

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/18/19 at 10:00 AM

to consider and act upon the following:

*97* – Certification in Opposition to Mortgagee Certification of Default (related document:96 Creditor's Certification of Default (related document:65 Motion for Relief from Stay re: 9 Wolcott Terrace, Newark NJ 07112. Fee Amount $ 181. filed by Creditor NCC HOLDINGS LLC, 89 Order (Generic)) filed by Denise E. Carlon on behalf of NCC HOLDINGS LLC. Objection deadline is 08/13/2019. (Attachments: # 1 Exhibit A – Agreed Order # 2 Exhibit B – Certificate Re Post Petition History # 3 Proposed Order # 4 Certificate of Service) filed by Creditor NCC HOLDINGS LLC) filed by Scott E. Tanne on behalf of Solia Hines. (Attachments: # 1 Certification Facsimile # 2 Certificate of Service) (Tanne, Scott)

Dated: 8/14/19

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court