Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−30110−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Solia Hines
 aka Solia Cecelia Hines
 9 Wolcott Terrace
 Newark, NJ 07112

Social Security No.:
 xxx−xx−4722

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/16/19 at 10:00 AM

to consider and act upon the following:

*105* − Certification in Opposition to Trustee's Certification of Default (related document:102 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/26/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Scott E. Tanne on behalf of Solia Hines. (Attachments: # 1 Certificate of Service) (Tanne, Scott)

Dated: 9/27/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court