FILED
JEANNE A. NAUGHTON, CLERK
DEC - 5 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: NCC Holdings, LLC. | Case No:    16-30110 RG<br><br>Chapter: 13<br><br>Judge: Rosemary Gambardella |
| In Re:<br><br>Solia Hines,<br><br>    Debtor. | |

## ORDER GRANTING LIMITED RELIEF FROM STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

12-5-19       /s/ Rosemary Gambardella
              USBJ

Page 2
Debtor:      Solia Hines
Case No.:    16-30110 RG
Caption:     **ORDER GRANTING LIMITED RELIEF FROM STAY**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, NCC Holdings, LLC., upon an order to vacate the automatic stay as to the property located at 9 Wolcott Terrace, Newark, NJ 07112, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Scott E. Tanne, Esq., attorney for Debtor, and for good cause having been shown

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to the subject property is hereby vacated to allow Secured Creditor, its successors and/or assigns, to institute and/or resume a foreclosure action up to and including final judgment of foreclosure; and

It is further **ORDERED, ADJUDGED** and **DECREED** that if the automatic stay is otherwise in place, Secured Creditor must seek additional relief from stay in order to list the subject property for sheriff sale.