UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon, Esq.
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
dcarlon@kmllawgroup.com
Attorney for: NCC Holdings, LLC.

In Re:

Solia Hines,

     Debtor.

FILED
JEANNE A. NAUGHTON, CLERK

DEC - 5 2019

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

Case No:    <u>16-30110 RG</u>

Chapter: <u>13</u>

Judge:  Rosemary Gambardella


## ORDER GRANTING LIMITED RELIEF FROM STAY

The relief set forth on the following page is hereby ordered **ORDERED**.


12-5-19    _____
               Rosemary Gambardella
               USBJ

Page 2
Debtor:           Solia Hines
Case No.:         16-30110 RG
Caption:          **ORDER GRANTING LIMITED RELIEF FROM STAY**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, NCC Holdings, LLC., upon an order to vacate the automatic stay as to the property located at 9 Wolcott Terrace, Newark, NJ 07112, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Scott E. Tanne, Esq., attorney for Debtor, and for good cause having been shown

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to the subject property is hereby vacated to allow Secured Creditor, its successors and/or assigns, to institute and/or resume a foreclosure action up to and including final judgment of foreclosure; and

It is further **ORDERED, ADJUDGED** and **DECREED** that if the automatic stay is otherwise in place, Secured Creditor must seek additional relief from stay in order to list the subject property for sheriff sale.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-30110-RG
Solia Hines                                                               Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1         Date Rcvd: Dec 05, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2019.
db             +Solia Hines,    9 Wolcott Terrace,    Newark, NJ 07112-1621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   NCC HOLDINGS LLC dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          John R. Morton, Jr.   on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
            mortoncraigecf@gmail.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Nicholas V. Rogers   on behalf of Creditor    NCC HOLDINGS LLC nj.bkecf@fedphe.com
          Rebecca Ann Solarz   on behalf of Creditor    New Jersey Community Captial Fund #1
            rsolarz@kmllawgroup.com
          Rebecca Ann Solarz   on behalf of Creditor    NCC HOLDINGS LLC rsolarz@kmllawgroup.com
          Scott E. Tanne   on behalf of Debtor Solia  Hines ecf@tannelaw.com,
            tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
                                                                              TOTAL: 7