|  |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee** |
| IN RE:<br>    SOLIA HINES |

Order Filed on January 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  16-30110 RG

Hearing Date:  1/15/2020

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 16, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): SOLIA HINES

Case No.: 16-30110

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 01/15/2020 on notice to SCOTT E TANNE ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan to surender property by 1/22/2020; and it is further

- ORDERED, that if the Court's Docket does not reflect a modified plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court
District of New Jersey

In re:  
Solia Hines  
    Debtor

Case No. 16-30110-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 16, 2020  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2020.  
db            +Solia Hines,    9 Wolcott Terrace,    Newark, NJ 07112-1621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2020 at the address(es) listed below:

       Andrew L. Spivack    on behalf of Creditor    NCC HOLDINGS LLC nj.bkecf@fedphe.com  
       Denise E. Carlon    on behalf of Creditor    NCC HOLDINGS LLC dcarlon@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,  
        mortoncraigecf@gmail.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Rebecca Ann Solarz    on behalf of Creditor    New Jersey Community Captial Fund #1  
        rsolarz@kmllawgroup.com  
       Rebecca Ann Solarz    on behalf of Creditor    NCC HOLDINGS LLC rsolarz@kmllawgroup.com  
       Scott E. Tanne    on behalf of Debtor Solia   Hines ecf@tannelaw.com,  
        tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com

                                                                                           TOTAL: 7