Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16–30110–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Solia Hines
    aka Solia Cecelia Hines
    9 Wolcott Terrace
    Newark, NJ 07112

Social Security No.:
    xxx–xx–4722

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 6, 2017.

On 1/21/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:              March 4, 2020
Time:              08:30 AM
Location:         Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark,
NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
of a secure claim, such holders acceptance or rejection of the Plan before modification will
be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 27, 2020
JAN: rh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-30110-RG
Solia Hines                                                               Chapter 13
            Debtor

### CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Jan 28, 2020
                             Form ID: 185          Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2020.
db          +Solia Hines,   9 Wolcott Terrace,   Newark, NJ 07112-1621
cr          +NCC HOLDINGS LLC,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
             Mt. Laurel, NJ 08054-3437
cr          +Santander Consumer USA Inc.,   P.O. Box 562088,   Suite 900 North,   Dallas, TX 75356-2088
516456565   +Apex Asset,   2501 Oregon Pike,   Lancaster, PA 17601-4890
516456566   +Bsi Financial Services,   314 S Franklin St,   Titusville, PA 16354-2168
516456567   +Coml Accept,   2 W. Main St,   Shiremanstown, PA 17011-6326
516456570   +Equifax,   PO BOX 740241,   Atlanta, GA 30374-0241
516456572   +Experian,   PO BOX 9701,   Allen, TX 75013-9701
516456573   ++FIRST FINANCIAL RESOURCES INC,   495 OLD CONNECTICUT PATH,   SUITE 220,
             FRAMINGHAM MA 01701-4567
             (address filed with court: First Financial Resour,   One Clarks Hill,   Framingham, MA 01702)
516456575   +Hyundai Finc,   4000 Macarthur Blvd Ste,   Newport Beach, CA 92660-2558
516456578   +Natarsia Mccalla,   9 Wolcott Ter.,   Newark, NJ 07112-1621
516456579   +Paul Michael Marketing,   15916 Union Tpke Ste 302,   Flushing, NY 11366-1955
516456580   +Phelan Hallinan & Diamond, PC,   400 Fellowship Road,   Suite 100,
             Mount Laurel, NJ 08054-3437
516456581   +Powell Inc,   1 Fisher Street,   Halifax, PA 17032-8845
516456583   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,   Department of Treasury,
             Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
516498509   +Santander Consumer USA Inc.,   P.O. Box 560284,   Dallas, TX 75356-0284
516456582   +Santander Consumer Usa,   Po Box 961245,   Fort Worth, TX 76161-0244
516456584    State of New Jersey,   Division of Revenue,   PO BOX 262,   Trenton, NJ 08646-0262
516456585   +State of New York,   Albany Couny Clerk,   32 N Russell Road,   Albany, NY 12206-1306
516456586   +Trans Union,   PO BOX 2000,   Chester, PA 19016-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2020 00:00:18    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2020 00:00:15    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516485488   +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jan 28 2020 23:59:37
             AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
             Arlington, TX 76096-3853
516456564   +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jan 28 2020 23:59:37
             AmeriCredit/GM Financial,   Po Box 181145,   Arlington, TX 76096-1145
516456563   +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jan 28 2020 23:59:37
             AmeriCredit/GM Financial,   Po Box 183853,   Arlington, TX 76096-3853
516456568   +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 29 2020 00:01:06
             Credit Collections Svc,   Po Box 773,   Needham, MA 02494-0918
516456569   +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 29 2020 00:01:06
             Credit Collections Svc,   Po Box 607,   Norwood, MA 02062-0607
516456571   +E-mail/Text: bknotice@ercbpo.com Jan 29 2020 00:00:22    ERC/Enhanced Recovery Corp,
             8014 Bayberry Rd,   Jacksonville, FL 32256-7412
516456574   +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jan 29 2020 00:01:02    Hyundai Finc,
             Attn: Bankruptcy,   Po Box 20809,   Fountain City, CA 92728-0809
516456576   +E-mail/Text: cio.bncmail@irs.gov Jan 28 2020 23:59:30    Internal Revenue Service,
             PO Box 7346,   Philadelphia, PA 19101-7346
516456577    E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 29 2020 00:00:33    Jefferson Capital Systems, LLC,
             16 Mcleland Rd,   Saint Cloud, MN 56303
                                                                              TOTAL: 11


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516685299    NCC HOLDINGS LLC
516497730*  +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
             Arlington, TX 76096-3853
516456562   ##+Aaron Sales & Lease Ow,   1015 Cobb Place Blvd Nw,   Kennesaw, GA 30144-3672
                                                                         TOTALS: 1, * 1, ## 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Jan 28, 2020
                              Form ID: 185             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2020 at the address(es) listed below:
         Andrew L. Spivack   on behalf of Creditor    NCC HOLDINGS LLC nj.bkecf@fedphe.com
         Denise E. Carlon    on behalf of Creditor    NCC HOLDINGS LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         John R. Morton, Jr.   on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
          mortoncraigecf@gmail.com
         Marie-Ann Greenberg   magecf@magtrustee.com
         Rebecca Ann Solarz   on behalf of Creditor    New Jersey Community Captial Fund #1
          rsolarz@kmllawgroup.com
         Rebecca Ann Solarz   on behalf of Creditor    NCC HOLDINGS LLC rsolarz@kmllawgroup.com
         Scott E. Tanne    on behalf of Debtor Solia   Hines ecf@tannelaw.com,
          tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
                                                                            TOTAL: 7
```